[No. 26423-1-I.   Division One.   January 19, 1993.]

FORT GATBUNTON, ET AL, *Respondents*, v. THREE ACE
CONSTRUCTION CO., INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 86-2-26704-2, Norman W. Quinn, J., entered
May 24, 1990. *Affirmed* by unpublished opinion per Agid, J.,
concurred in by Coleman and Forrest, JJ.

[No. 29405-9-I.   Division One.   January 19, 1993.]

THOMAS V. MCDONAGH, *Appellant*, v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-06761-1, Norman W. Quinn, J., entered
October 10, 1991. *Reversed* by unpublished opinion per Web-
ster, C.J., concurred in by Kennedy and Agid, JJ. Now pub-
lished at 68 Wn. App. 749.

[No. 27773-1-I.   Division One.   January 19, 1993.]

ANTONIA M. MAGAT, *Appellant*, v. KING COUNTY,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-10101-7, Robert S. Lasnik, J., entered Jan-
uary 22, 1991. *Affirmed* by unpublished opinion per Web-
ster, C.J., concurred in by Coleman and Grosse, JJ.

[No. 28594-7-I.   Division One.   January 19, 1993.]

JACK E. HOUSER, ET AL, *Appellants*, v. PAUL ELDRIDGE,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 88-2-02065-5, James J. Dore, J., entered May 8,
1991. *Reversed* by unpublished opinion per Webster, C.J.,
concurred in by Grosse and Baker, JJ.